UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRI ARAZI,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANDREA QUARANTILLO, District Director United States Citizenship And Immigration Service,<br><br>                    Defendant. | No. 24-cv-8151 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On each of January 22, 23, and 24, 2025, Plaintiff attempted to file a notice of voluntary dismissal under Rule 41(a)(1)(A)(i). Because each of those documents had deficiencies, the Clerk's office directed Plaintiff to re-file a corrected version of the notice. To date, Plaintiff has not done so. Plaintiff shall re-file the notice of voluntary dismissal no later than March 1, 2025.

SO ORDERED.

Dated:    February 18, 2025
              New York, New York

                                              Ronnie Abrams
                                            United States District Judge